

AUBURN OFFICE

ANDREW CUDDY
MANAGING ATTORNEY
ACUDDY@CUDDYLAWFIRM.COM
DIRECT DIAL 315-370-2404

KEVIN MENDILLO
ASSOCIATE ATTORNEY
KMENDILLO@CUDDYLAWFIRM.COM
DIRECT DIAL 315-370-2408

April 5, 2023

**VIA ECF**
Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: Re: *S.W. v. New York City Dep't of Educ.*, 23-cv-020 (PGG)(SDA)

Dear Judge Gardephe:

  I am the attorney for Plaintiff in the above-referenced action. Pursuant to this action, Plaintiff seeks attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*., as well as for this action. Plaintiff also seeks implementation of the terms of an Impartial Hearing Officer's Findings of Fact and Decision ("FOFD") issued following the administrative due process hearing.

  The parties write jointly to respectfully request that the initial pre-trial conference, scheduled for April 13, 2023, be adjourned *sine die*, and that the parties instead be permitted to submit a joint status letter no later than May 5, 2023 updating the Court as to whether the implementation claims in this case have been resolved, and if not, whether the parties believe any discovery or conferences might be needed as to those claims.. This is the first request to adjourn the conference *sine die*.

  At this time, the parties are making significant progress towards resolving the issues relating to the implementation of the terms of the FOFD. . Once the implementation claims have been resolved, the parties will then begin settlement discussions with respect to the sole remaining issue of reasonable attorneys' fees and costs.

  Thank you for your consideration.

               Respectfully submitted,

               s/ Kevin M. Mendillo
               Kevin M. Mendillo
               *Attorney for Plaintiffs*

cc:   Bryn M. Ritchie, Esq.
      *Attorney for Defendant*

**MEMO ENDORSED:**

The conference currently scheduled for April 13, 2023, is adjourned to **May 11, 2023, at 10:15 a.m.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated:  April 7, 2023