

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Assistant Corporation Counsel*
Cell: (917) 499-8632

July 13, 2023

**VIA ECF**
Hon. Paul G. Gardephe
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *S.W. v. New York City Dep't of Educ.*, 23-cv-20 (PGG)

Dear Judge Gardephe:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.*, as well as for this action.

I write to respectfully request that the July 20, 2023 conference be adjourned *sine die*, with a joint status letter due August 31, 2023.  Plaintiff consents to this request.  This is the first request to adjourn the conference *sine die*.

The requested adjournment will permit the parties to engage in settlement discussions once Defendant completes its internal review process and prepares it request for authority to the Office of the Comptroller.  Once that is completed, the parties are hopeful that they can settle this matter without further burden on the Court's time.

Accordingly, Defendant respectfully requests that the July 20, 2023 conference be adjourned *sine die,* with a joint status letter due August 31, 2023

Thank you for considering this request.

Respectfully submitted,

/s/
Martha Nimmer, Esq.
Special Assistant Corporation Counsel

cc: Kevin Mendillo, Esq. (via ECF)

**MEMO ENDORSED:**
The conference currently scheduled for July 20, 2023, is adjourned to **August 24, 2023, at 2:15 p.m.**

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated: July 13, 2023

2