

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Assistant Corporation Counsel*
Cell: (917) 499-8632

September 27, 2023

**VIA ECF**
Hon. Paul G. Gardephe
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:  *S.W. v. New York City Dep't of Educ.*, 23-cv-20 (PGG)(SDA)

Dear Judge Gardephe:

    I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.*, as well as for this action.

    I write to respectfully request that the October 5, 2023 conference be adjourned to October 26, 2023.  Plaintiff consents to this request.  This is the sixth request to adjourn the conference.  The first request was made on April 5, 2023 and granted on April 7, 2023.  The second request was made on May 5, 2023 and granted on May 8, 2023.  The third request was made on June 9, 2023 and granted on June 13, 2023.  The fourth request was made on July 17, 2023 and granted by Your Honor the same day.  The fifth request was made on August 16, 2023 and granted by Your Honor on August 21, 2023.

    The requested adjournment will allow the parties to continue engaging in settlement discussions.  The parties are hopeful that they can settle this matter without further burden on the Court's time.

Accordingly, Defendant respectfully requests that the October 5, 2023 conference be adjourned to October 26, 2023.

Thank you for considering this request.

Respectfully submitted,

/s/
Martha Nimmer, Esq.
Special Assistant Corporation Counsel

cc: Kevin Mendillo, Esq. (via ECF)

**MEMO ENDORSED:**
The conference currently scheduled for October 5, 2023, is adjourned to **October 26, 2023, at 11:30 a.m.**

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated: September 29, 2023

2